**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BIG LOTS, INC., et al., | ) | Bankruptcy Case No. 24-11967-JKS |
| | ) | Bankr. BAP No. 25-05 |
| Debtors. | ) | |
| _____ | ) | |
| PRESTIGE PATIO, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-78-GBW |
| | ) | |
| BIG LOTS, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## <u>ORDER</u>

At Wilmington, Delaware, this **21st day of February 2025**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through

mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing

1

schedule (agreed to by the parties):

Appellants' Opening Briefs:          April 15, 2025

Appellees' Responsive Briefs:        May 15, 2025

Appellants' Reply Briefs:            May 29, 2025


Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

2